# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 01, 2023

Derek Michael Chauvin
FEDERAL CORRECTIONAL INSTITUTION
47849-509
P.O. Box 23811
Tucson, AZ  85734

      RE:  23-2756  United States v. Derek Chauvin

Dear Mr. Chauvin:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the case, please contact our office.

Michael E. Gans  
Clerk of Court

ASL

Enclosure(s)

cc:    Ms. Tara Allison  
       Ms. Samantha H. Bates  
       Ms. Debra Beauvais  
       Ms. LeeAnn K. Bell  
       Ms. Clerk, U.S. District Court, District of Minnesota  
       Mr. Evan Gilead  
       Ms. Lynne Krenz  
       Mr. Eric J. Nelson  
       Ms. Renee Rogge  
       Ms. Manda M. Sertich  
       Ms. Lori Ann Simpson  
       Mr. Allen A. Slaughter Jr.  
       Ms. Samantha Trepel  
       Ms. Maria Victoria Weinbeck

       District Court/Agency Case Number(s): 0:21-cr-00108-PAM-1

**Caption For Case Number:   23-2756**

United States of America

        Plaintiff - Appellee

v.

Derek Michael Chauvin

        Defendant - Appellant

**Addresses For Case Participants:   23-2756**

Derek Michael Chauvin
FEDERAL CORRECTIONAL
INSTITUTION
47849-509
P.O. Box 23811
Tucson, AZ  85734

Ms. Tara Allison
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
4 Constitution Square
150 M Street, N.E.
Washington, DC  20503

Ms. Samantha H. Bates
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Debra Beauvais
U.S. COURTHOUSE
300 S. Fourth Street
Minneapolis, MN  55415

Ms. LeeAnn K. Bell
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms.  Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Evan Gilead
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Lynne Krenz
U.S. DISTRICT COURT
District of Minnesota
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

Mr. Eric J. Nelson
HALBERG CRIMINAL DEFENSE
Suite 1700
7900 Xerxes Avenue, S.
Bloomington, MN  55431

Ms. Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN  55415

Ms. Manda M. Sertich
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320

Mr. Allen A. Slaughter Jr.
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Samantha Trepel
U.S. DEPARTMENT OF JUSTICE
Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Ms. Maria Victoria Weinbeck
UNITED STATES COURTHOUSE
Suite 1005
300 S. Fourth Street
Minneapolis, MN  5541