23-2756  United States v. Derek Chauvin

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/01/2023

**Case Name:**   United States v. Derek Chauvin
**Case Number:**  23-2756

**Docket Text:**
CRIMINAL case docketed. [5301929] [23-2756]

**The following document(s) are associated with this transaction:**
Document Description:  Notice of Appeal docket letter

**Notice will be mailed to:**

Derek Michael Chauvin
FEDERAL CORRECTIONAL INSTITUTION
47849-509
P.O. Box 23811
Tucson, AZ  85734

**Notice will be electronically mailed to:**

Ms. Tara Allison: tara.allison@usdoj.gov
Ms. Samantha H. Bates: samantha.bates@usdoj.gov, stefnie.braun@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov,quinn.siegman@usdoj.gov,tammie.cuddihy@usdoj.gov
Ms. Debra Beauvais: debbeauvais@msn.com
Ms. LeeAnn K. Bell: LeeAnn.K.Bell@usdoj.gov, katie.erickson@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov,katelyn.hendricks@usdoj.gov
Mr. Evan Gilead: evan.gilead@usdoj.gov, nichol.berg@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov
Ms. Lynne Krenz: lynne_krenz@mnd.uscourts.gov
Mr. Eric J. Nelson: enelson@halbergdefense.com, tanderson@halbergdefense.com
Ms. Renee Rogge: renee_rogge@mnd.uscourts.gov
Ms. Manda M. Sertich: manda.sertich@usdoj.gov, usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov,stefnie.braun@usdoj.gov
Ms. Lori Ann Simpson: lori_simpson@mnd.uscourts.gov
Mr. Allen A. Slaughter Jr.: allen.slaughter@usdoj.gov, tammie.cuddihy@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov
Ms. Samantha Trepel: samantha.trepel@usdoj.gov
Ms. Maria Victoria Weinbeck: maria_weinbeck@mnd.uscourts.gov