# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:21–cr–00108–PAM–TNL–1
### *Internal Use Only*

---

Case title: USA v. Chauvin et al

Date Filed: 05/06/2021

Date Terminated: 07/07/2022

---

Assigned to: Judge Paul A. Magnuson
Referred to: Magistrate Judge Tony N. Leung

**Defendant (1)**

| | | |
|---|---|---|
| **Derek Michael Chauvin**<br>*TERMINATED: 07/07/2022* | represented by | **Derek Michael Chauvin**<br>47849–509<br>Federal Correctional Institution Tucson<br>P.O. Box 23811<br>Tucson, AZ 85734<br>PRO SE |
| | | **Eric J Nelson**<br>Halberg Criminal Defense<br>7900 Xerxes Avenue South<br>Suite 1700<br>Bloomington, MN 55431<br>952–224–4848<br>Email: enelson@halbergdefense.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**

18:242 and 2 AIDING AND
ABETTING DEPRIVATION OF
RIGHTS UNDER COLOR OF
LAW
(1)

**Disposition**

Custody of the BOP for 240 months, to run
consecutively with Count 1 of the Information and
concurrently with Defendants undischarged term of
imprisonment in relation to State of Minnesota v.
Derek Chauvin, Docket No. 27–CR–20–12646. The
term is further adjusted from 252 months to 245
months, to account for Defendants confinement
from May 29, 2020, until October 8, 2020, and from
April 20, 2021, until June 24, 2021, in relation to
State of Minnesota v. Derek Chauvin, Docket No.
27–CR–20–12646, where the Bureau of Prisons will
not award prior custody credit for that confinement;
5 years supervised release to run concurrently with

18:242 DEPRIVATION OF
RIGHTS UNDER COLOR OF
LAW
(1s)

Count 1 of the Information; $200 total special assessment

Custody of the BOP for 12 months, to run consecutively with Count 1 of the Indictment and concurrently with Defendants undischarged term of imprisonment in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646. The term is further adjusted from 252 months to 245 months, to account for Defendants confinement from May 29, 2020, until October 8, 2020, and from April 20, 2021, until June 24, 2021, in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646, where the Bureau of Prisons will not award prior custody credit for that confinement; 1 year supervised release to run concurrently with Count 1 of the Indictment; $200 total special assessment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (3) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Movant**

| **City of Minneapolis** | represented by | **Caroline M Bachun** |
| --- | --- | --- |

Minneapolis City Attorney's Office
350 S 5th St. Rm 210
Mpls, MN 55415
(612) 673–2754
Fax: (612) 673–3362
Email: caroline.bachun@minneapolismn.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

**Media Coalition**                    represented by  **Mary Andreleita Walker**
                                                        Ballard Spahr LLP
                                                        80 S. 8th St.
                                                        Ste 2000
                                                        Minneapolis, MN 55402
                                                        612–371–6222
                                                        Fax: 612–371–3207
                                                        Email: walkerl@ballardspahr.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA**                                 represented by  **Allen A Slaughter , Jr**
                                                        DOJ–USAO
                                                        300 South 4th Street
                                                        Ste 600
                                                        Minneapolis, MN 55415
                                                        612–664–5698
                                                        Fax: 612–664–5787
                                                        Email: allen.slaughter@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Evan Gilead**
                                                        DOJ–USAO
                                                        300 South 4th Street
                                                        Ste 600
                                                        Minneapolis, MN 55415
                                                        612–664–5656
                                                        Email: evan.gilead@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **LeeAnn K Bell**
                                                        US Attorney's Office
                                                        600 U.S. Courthouse
                                                        300 South Fourth Street
                                                        Minneapolis, MN 55415
                                                        612–664–5600
                                                        Fax: 612–664–5786
                                                        Email: leeann.k.bell@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Manda M Sertich**
                                                        United States Attorney's Office
                                                        300 S 4th St Ste 600

Minneapolis, MN 55415
612–664–5625
Fax: 612–664–5786
Email: manda.sertich@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha H. Bates**
DOJ–USAO
300 S 4th St.
Ste 600
Minneapolis, MN 55415
612–664–5763
Fax: 612–664–5787
Email: samantha.bates@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Trepel**
DOJ–Crt
150 M St NE
Washington, DC 20530
202–532–5863
Email: samantha.trepel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara Allison**
DOJ–Crt
Civil Rights Division
150 M St NE
Washington, DC 20002
202–598–7882
Email: tara.allison@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W Anders Folk**
U.S. Attorney's Office
300 South 4th Street
Suite 600
Minneapolis, MN 55415
612–664–5600
Email: afolk@jonesday.com
*TERMINATED: 12/03/2021*
*Designation: Retained*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/06/2021 | 1 | INDICTMENT (unsealed 5/7/2021) assigned to Judge Paul A. Magnuson referred to Magistrate Judge Tony N. Leung by USA W Anders Folk as to Derek Michael Chauvin (1) count(s) 1, 3, Tou Thao (2) count(s) 2–3, J Alexander Kueng (3) count(s) 2–3, Thomas Kiernan Lane (4) count 3. (lmb) Modified text on 5/7/2021 (ACH). DOCUMENT QC'd by KT on 5/11/21. (kt) (Entered: 05/06/2021) |
| 05/06/2021 | 2 | Defendant Information Sheet as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (Attachments: # 1 Original Signature Page) (lmb) DOCUMENT QC'd by KT on 5/11/21. (kt) (Entered: 05/06/2021) |
| 05/06/2021 | 3 | Bench Warrant Issued as to Derek Michael Chauvin by Judge Patrick J. Schiltz. (lmb) (Entered: 05/06/2021) |
| 05/06/2021 | 7 | Oral Motion to Seal pursuant to LR 49.1 the Indictment be sealed and remain sealed until the defendants have had their first appearance, by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (lmb) (Entered: 05/06/2021) |
| 05/06/2021 | 8 | Oral Order granting 7 Motion to Seal pursuant to Rule 49.1(d) of the Local Rules for the District of Minnesota, the indictments proposed to be filed under seal be so filed and remain sealed until the defendants make their initial appearances before the court as to Derek Michael Chauvin (1), Tou Thao (2), J Alexander Kueng (3), Thomas Kiernan Lane (4), by Judge Patrick J. Schiltz on 5/6/21. (lmb) (Entered: 05/06/2021) |
| 05/06/2021 | 9 | NOTICE TO THE COURT OF POSSIBLE RELATED CASE by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (lmb) Document QC'd on 6/1/2021 (MTP). (Entered: 05/06/2021) |
| 05/07/2021 | 13 | EXPEDITED HOURLY TRANSCRIPT SERVICES REQUEST to Court Reporter Lori Simpson. (JGK) (Entered: 05/07/2021) |
| 05/10/2021 | 24 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Bates, Samantha) (Entered: 05/10/2021) |
| 05/11/2021 | 26 | TRANSCRIPT REQUEST for a COPY OF 22 Transcript&#040s&#041 to Court Reporter Lori Simpson. (Bates, Samantha) (Entered: 05/11/2021) |
| 05/11/2021 | 27 | MOTION for Admission Pro Hac Vice for U.S. Government Attorney Tara Knoll Allison by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (Bates, Samantha) (Entered: 05/11/2021) |
| 05/12/2021 | 29 | TEXT ONLY ENTRY: ORDER granting 27 Motion for Admission Pro Hac Vice of U.S. Government Attorney Tara Allison for USA as to Derek Michael Chauvin (1), Tou Thao (2), J Alexander Kueng (3) and Thomas Kiernan Lane (4). Approved by Magistrate Judge Tony N. Leung on 5/12/2021. (NAH) (Entered: 05/12/2021) |
| 06/01/2021 | 48 | ORDER APPOINTING ATTORNEY as to Derek Michael Chauvin. Eric J Nelson appointed. Signed by Magistrate Judge Becky R. Thorson on 6/1/2021. (SAE) (Entered: 06/01/2021) |
| 06/01/2021 | 50 | Minute Entry for proceedings held before Magistrate Judge Becky R. Thorson: Initial Appearance as to Derek Michael Chauvin held on 6/1/2021. Counsel present. Defendant detained, Government to submit a proposed order. Detention hearing waived. Defendant consents to this hearing via video conference. (Court Reporter Deb Beauvais) (SAE) (Entered: 06/01/2021) |

| 06/01/2021 | 51 | MOTION for Discovery by USA as to Derek Michael Chauvin. (Folk, W) (Entered: 06/01/2021) |
|---|---|---|
| 06/01/2021 | 52 | MOTION for Continuance *And to Designate Case as Complex Under The Speedy Trial Act* by USA as to Derek Michael Chauvin. (Folk, W) (Entered: 06/01/2021) |
| 06/04/2021 | 55 | ORDER OF DETENTION as to Derek Michael Chauvin. Signed by Magistrate Judge Becky R. Thorson on 6/4/2021. (MME) (Entered: 06/04/2021) |
| 06/04/2021 | 56 | ORDER granting 52 Motion for Continuance as to Derek Michael Chauvin (1); granting 44 Motion for Continuance as to Tou Thao (2), J Alexander Kueng (3), Thomas Kiernan Lane (4).<br><br>Government Disclosure due by 7/20/2021. Defendant Disclosure due by 7/27/2021. Motions due by 8/3/2021. Responses due by 8/17/2021.<br><br>Arraignment set for 9/14/2021 at 09:30 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Motion Hearing set for 9/14/2021 at 09:30 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung.<br><br>See Order for additional details and deadlines.<br><br>Signed by Magistrate Judge Tony N. Leung on 6/4/2021. (Written Opinion) (LAS) (Entered: 06/04/2021) |
| 06/04/2021 | 57 | Bench Warrant Returned Executed on 6/1/2021 as to Derek Michael Chauvin. (MMP) Document QC'd on 6/18/2021 (KDS). (Entered: 06/07/2021) |
| 06/23/2021 | 59 | MOTION for Protective Order *(Unopposed) Governing Discovery* by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (Folk, W) (Entered: 06/23/2021) |
| 07/06/2021 | 60 | ORDER granting 59 Motion for Protective Order as to Derek Michael Chauvin (1), Tou Thao (2), J Alexander Kueng (3), Thomas Kiernan Lane (4). Signed by Magistrate Judge Tony N. Leung on 7/6/2021. (LAS) (Entered: 07/06/2021) |
| 08/03/2021 | 86 | (Text–Only) NOTICE to Magistrate Judge Tony N. Leung: I have met with my client. Derek Michael Chauvin consents to a Video Conference for a Motion Hearing. *and arraignment* (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 91 | Joint MOTION for Expert Disclosure and Notice of Intent to Seek an Expert Scheduling Order by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (Folk, W) (Entered: 08/03/2021) |
| 08/03/2021 | 92 | MOTION for Disclosure *of 404(b) Evidence* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 93 | MOTION to Compel *Disclosure of Brady & Giglio* by Derek Michael Chauvin. (Nelson, Eric) Modified text on 8/3/2021 (kt). (Entered: 08/03/2021) |
| 08/03/2021 | 94 | MOTION for Disclosure *of Grand Jury Minutes & Transcript* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 95 | MOTION for Disclosure *of Jencks Act Material* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |

| 08/03/2021 | 96 | MOTION for Disclosure *of Government Witnesses* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
|---|---|---|
| 08/03/2021 | 97 | MOTION for Discovery *and Inspection* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 98 | MOTION for Discovery *and Inspection of Expert Witness Testimony* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 99 | MOTION to Retain Rough Notes by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 100 | MOTION for Discovery *and Inspection of Records of All Electrical Surveillance* by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/03/2021 | 101 | MOTION for Counsel to Participate in Voir Dire by Derek Michael Chauvin. (Nelson, Eric) (Entered: 08/03/2021) |
| 08/11/2021 | 107 | TEXT−ONLY ORDER/NOTICE as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane: All Defendants have indicated through counsel that each consents to videoconferencing for the arraignment and criminal motions hearing. (*See* ECF Nos. 45, 47, 49, 54, 61, 86.) Consistent with the health and safety protocols of this Court, the arraignment and criminal motions hearing scheduled for September 14, 2021, shall now take place before the undersigned at **10:00 a.m.**, and will occur by **Zoom videoconferencing** technology. **Note virtual hearing and change of start time only.**<br><br>The Court shall provide login information prior to the hearing.<br><br>Information on media access to remote hearings may be found at https://www.mnd.uscourts.gov/media−information.<br><br>Any recording of a proceeding held by video or teleconference, including "screen−shots" or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions.<br><br>Ordered by Magistrate Judge Tony N. Leung on 8/11/2021. (LAS) (Entered: 08/11/2021) |
| 08/11/2021 | | *** Set/Reset Deadlines/Hearings as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane: Arraignment and Motion Hearing set for 9/14/2021 at 10:00 AM in Video Conference (no courtroom) before Magistrate Judge Tony N. Leung. (kt) (Entered: 08/12/2021) |
| 08/17/2021 | 108 | RESPONSE to Motion by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane re 100 MOTION for Discovery *and Inspection of Records of All Electrical Surveillance*, 90 MOTION Motion to Join Co−Defendants Pretrial Motions , 62 MOTION for Disclosure *List of Government Witnesses*, 64 MOTION for Disclosure *of Grand Jury Minutes and Transcript*, 65 MOTION for Disclosure *of Jencks Act Material*, 63 MOTION for Disclosure *of Rule 404 Evidence*, 84 Seventh MOTION for Disclosure *of Post−Conspiracy Statements of Co−Defendants*, 81 Fifth MOTION for Disclosure *Giglio Material*, 68 MOTION for Discovery *and Inspection*, 85 MOTION for Counsel to Participate in Voir Dire , 70 MOTION to Strike *Surplusage*, 75 MOTION for Disclosure *Of Evidence Favorable To Defendant*, 78 MOTION to Sever Defendant , 93 Motion for Release |

| | | |
|---|---|---|
| | | of Brady Materials, 67 MOTION for Disclosure *of Giglio Material*, <u>97</u> MOTION for Discovery *and Inspection*, 83 MOTION for Bill of Particulars , <u>95</u> MOTION for Disclosure *of Jencks Act Material*, <u>101</u> MOTION for Counsel to Participate in Voir Dire , <u>98</u> MOTION for Discovery *and Inspection of Expert Witness Testimony*, 82 Sixth MOTION for Disclosure *of Grand Jury Transcript*, <u>96</u> MOTION for Disclosure *of Government Witnesses*, 66 Motion for Release of Brady Materials, 79 Third MOTION for Disclosure *of Government Witness List*, 74 Second MOTION for Discovery *and Inspection of Expert Witness Testimony*, 77 Third MOTION for Discovery *and Inspection of Records of all Electrical Surveillance*, 73 MOTION to Retain Rough Notes , 76 Second MOTION for Disclosure *Of 404(B) Evidence*, 88 MOTION to Strike *Surplusage*, 69 MOTION to Sever Defendant *Derek Chauvin (1)*, <u>94</u> MOTION for Disclosure *of Grand Jury Minutes & Transcript*, <u>99</u> MOTION to Retain Rough Notes , <u>92</u> MOTION for Disclosure *of 404(b) Evidence*, 80 Fourth MOTION for Disclosure *of Jencks Act Materials*, 72 MOTION for Discovery *and Inspection* (Folk, W) (Entered: 08/17/2021) |
| 08/26/2021 | <u>109</u> | ORDER/NOTICE as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane re protocol for 107 arraignment and criminal motions hearing on 9/14/2021 at 10:00 a.m.<br><br><span style="color:red">Please see Order for additional details and deadlines.</span><br><br>Signed by Magistrate Judge Tony N. Leung on 8/26/2021. (LAS) (Entered: 08/26/2021) |
| 08/26/2021 | 110 | TEXT−ONLY NOTICE re Remote Public Access to the 107 Arraignment and Motions Hearing as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane on 9/14/2021 at 10:00 AM.<br><br>Please dial in using either **1−669−254−5252 or 1−646−828−7666**. Use Meeting ID **161 724 0971** and Passcode **5503507069**.<br><br>Please note that any recording of a court proceeding held by video or teleconference, including "screen−shots" or other visual or audio copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions.<br><br>(LAS) (Entered: 08/26/2021) |
| 09/14/2021 | <u>111</u> | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Arraignment as to Derek Michael Chauvin (1) Count 1,3 held on 9/14/2021. Not Guilty Plea Entered. (Court Reporter Maria Weinbeck) (HAM) (Entered: 09/14/2021) |
| 09/14/2021 | <u>115</u> | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Motion Hearing as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane held on 9/14/2021:<br><br>**Non−Dispositive Motions 41, 42, 43, 51, 62, 63, 64, 65, 66, 67, 68, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 83, 84, 85, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101** taken under advisement 9/14/2021. Order to be issued;<br><br>**Dispositive Motions 69, 70, 78, 88** require additional briefing and will be taken under advisement as of the latest briefing due date:<br><span style="color:green">Defendant Additional Briefing due 10/12/2021.</span> <span style="color:blue">Government Additional Briefing due</span> |

| | | |
|---|---|---|
| | | 10/26/2021. **R&R Issue Date 11/29/2021.** (Court Reporter Maria Weinbeck) (LAS) (Entered: 09/14/2021) |
| 09/14/2021 | <u>117</u> | TRANSCRIPT REQUEST for an Expedited 3–Day Transcript of <u>115</u> Motion Hearing,,, to Court Reporter Maria Weinbeck. (Sertich, Manda) (Entered: 09/14/2021) |
| 09/16/2021 | <u>118</u> | TRANSCRIPT of Motions Hearing held on 9/14/2021 before Magistrate Judge Tony N. Leung as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (79 pages). Court Reporter: Maria Weinbeck. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*. <br><br> **Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *<u>Case Information</u>* >*Transcripts, Court Reporters and Digital Audio Recordings.* <br><br> Notice Intent/No Intent to Request Redactions due 9/23/2021. <br> Redaction Request due 10/7/2021. <br> Redacted Transcript Deadline set for 10/18/2021. <br> Release of Transcript Restriction set for 12/15/2021. <br> (MVW) (Entered: 09/16/2021) |
| 11/29/2021 | <u>131</u> | ORDER denying without prejudice <u>91</u> Joint Motion for Expert Disclosure and Notice of Intent to Seek Expert Scheduling Order as to Derek Michael Chauvin (1), Tou Thao (2), J Alexander Kueng (3), and Thomas Kiernan Lane (4). Signed by Magistrate Judge Tony N. Leung on 11/29/2021. (Written Opinion) (LAS) (Entered: 11/29/2021) |
| 11/29/2021 | <u>132</u> | ORDER granting <u>51</u> Motion for Discovery; granting in part and denying in part <u>92</u> Motion for Disclosure; granting in part and denying in part <u>93</u> Motion for Release of Brady Materials; granting in part and denying in part <u>94</u> Motion for Disclosure; denying <u>95</u> Motion for Disclosure; granting in part and denying in part <u>96</u> Motion for Disclosure; granting in part and denying in part <u>97</u> Motion for Discovery; granting in part and denying without prejudice in part <u>98</u> Motion for Discovery; granting <u>99</u> Motion to Retain Rough Notes; denying as moot <u>100</u> Motion for Discovery; and denying without prejudice <u>101</u> Motion for Counsel to Participate in Voir Dire as to Derek Michael Chauvin (1). Signed by Magistrate Judge Tony N. Leung on 11/29/2021. (Written Opinion) (LAS) (Entered: 11/29/2021) |
| 12/01/2021 | <u>136</u> | Joint MOTION To Set Certain Deadlines by USA as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (Bell, LeeAnn) (Entered: 12/01/2021) |
| 12/03/2021 | <u>137</u> | ORDER as to Derek Michael Chauvin (1), Tou Thao (2), J Alexander Kueng (3), Thomas Kiernan Lane (4): IT IS HEREBY ORDERED that the joint Motion <u>136</u> is GRANTED and further directing. Signed by The Hon. Paul A. Magnuson on 12/3/2021. (LLM) (Entered: 12/03/2021) |
| 12/13/2021 | 138 | **TEXT ONLY** NOTICE OF SETTING CHANGE OF PLEA as to Derek Michael Chauvin. A Change of Plea Hearing is set for Wednesday, December 15, 2021, at 9:00 a.m., in Courtroom 7D (Saint Paul Courthouse), before The Hon. Paul A. Magnuson. (Entered: 12/13/2021) |

| 12/15/2021 | 139 | FELONY INFORMATION by USA Allen A Slaughter, Jr, Samantha Trepel as to Derek Michael Chauvin (1) count 1s assigned to Judge Paul A. Magnuson. (MTP) Document QC'd on 12/15/2021 (CLK). (Entered: 12/15/2021) |
|---|---|---|
| 12/15/2021 | 140 | Minute Entry for proceedings held before The Hon. Paul A. Magnuson: An Initial Appearance, Arraignment, and Change of Plea Hearing as to Derek Michael Chauvin was held on Wednesday, December 15, 2021. Plea entered by Derek Michael Chauvin (1): Guilty as to Count One (1) of the Information; Guilty as to Count One (1) of the Indictment. (Court Reporter Renee Rogge) (LLM) (Entered: 12/15/2021) |
| 12/15/2021 | 141 | WAIVER OF INDICTMENT by Derek Michael Chauvin. (MTP) Document QC'd on 1/10/2022 (KDS). (Entered: 12/15/2021) |
| 12/15/2021 | 142 | PLEA AGREEMENT as to Derek Michael Chauvin (MTP) Document QC'd on 1/10/2022 (KDS). (Entered: 12/15/2021) |
| 12/15/2021 | 143 | (Text−Only) Statistical Update as to Derek Michael Chauvin. (kt) (Entered: 12/16/2021) |
| 12/20/2021 | 144 | ORDER: IT IS HEREBY ORDERED that the proceedings against Derek Michael Chauvin (1) are SEVERED from the remaining Defendants in this matter. Signed by The Hon. Paul A. Magnuson on 12/20/2021. (LLM) (Entered: 12/20/2021) |
| 01/07/2022 | 183 | MOTION to Quash *Subpoena* by City of Minneapolis as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane. (Bachun, Caroline) (Entered: 01/07/2022) |
| 01/07/2022 | 184 | MEMORANDUM in Support by City of Minneapolis as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane re 183 MOTION to Quash *Subpoena* (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Bachun, Caroline) (Entered: 01/07/2022) |
| 01/07/2022 | 185 | PROPOSED ORDER TO JUDGE re 183 MOTION to Quash *Subpoena* by City of Minneapolis as to Derek Michael Chauvin, Tou Thao, J Alexander Kueng, Thomas Kiernan Lane (Bachun, Caroline) (Entered: 01/07/2022) |
| 01/11/2022 | 196 | EXPEDITED HOURLY TRANSCRIPT SERVICES REQUEST to Court Reporter Renee Rogge. (Sertich, Manda) (Entered: 01/11/2022) |
| 01/12/2022 | 197 | **TEXT−ONLY ORDER granting 189 Motion to Exclude as to J Alexander Kueng (3). Based on the Court's ruling at the final pretrial conference, this evidence is excluded and the Government's Motion is therefore granted. Entered by Judge Paul A. Magnuson on 1/12/2022. (ALT)** (Entered: 01/12/2022) |
| 01/19/2022 | 209 | REAL−TIME FEED, EXPEDITED HOURLY, & EXPEDITED DAILY TRANSCRIPT SERVICES REQUEST to Court Reporter Renee Rogge. (Gilead, Evan) (Entered: 01/19/2022) |
| 01/21/2022 | 213 | **TEXT−ONLY ORDER denying 212 Motion to Order. The Court has CANCELLED the conference and the Motion is therefore moot. Entered by Judge Paul A. Magnuson on 1/21/2022. (ALT)** (Entered: 01/21/2022) |
| 01/24/2022 | 219 | **(Text−Only) ORDER denying as moot 217 Motion objecting to courtroom closure. The Court cancelled the hearing and the Motion is therefore moot. Ordered by Judge Paul A. Magnuson on 1/24/2022. (ALT)** (Entered: 01/24/2022) |
| 02/08/2022 | 251 | |

| | | |
|---|---|---|
| | | TRANSCRIPT REQUEST for an Expedited 7–Day Transcript of 223 Jury Trial, 229 Jury Trial, 228 Jury Trial, 214 Jury Selection, 232 Jury Trial to Court Reporter Renee Rogge. (JGK) (Entered: 02/08/2022) |
| 02/23/2022 | 276 | EXPEDITED DAILY TRANSCRIPT SERVICES REQUEST to Court Reporter Renee Rogge. (Walker, Mary) (Entered: 02/23/2022) |
| 03/10/2022 | 293 | TRANSCRIPT REQUEST for an Expedited 14–Day Transcript of 140 Initial Appearance,, Arraignment,, Change of Plea Hearing and Plea Entered, to Court Reporter Renee Rogge. (JGK) (Entered: 03/10/2022) |
| 04/01/2022 | 295 | DOCUMENT FILED IN ERROR. CORRECTED TRANSCRIPT FILED, SEE DOCUMENT NUMBER 319 . TRANSCRIPT of Change of Plea Hearing held on 12/15/2021 before Judge Paul A. Magnuson as to Derek Michael Chauvin. (28 pages). Court Reporter: Renee Rogge. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *<u>Case Information</u>* >*Transcripts, Court Reporters and Digital Audio Recordings*.<br><br>Notice Intent/No Intent to Request Redactions due 4/8/2022.<br>Redaction Request due 4/22/2022.<br>Redacted Transcript Deadline set for 5/2/2022.<br>Release of Transcript Restriction set for 6/30/2022.<br>(RAR) Modified text on 4/7/2022 (kt). (Entered: 04/01/2022) |
| 04/05/2022 | 319 | CORRECTED Version of previously filed TRANSCRIPT 295 Change of Plea Hearing held on 12/15/2021 before Judge Paul A. Magnuson as to Derek Michael Chauvin. (28 pages). Court Reporter: Renee Rogge. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *<u>Case Information</u>*> *Transcripts, Court Reporters and Digital Audio Recordings*.<br><br>Notice Intent/No Intent to Request Redactions due 4/12/2022.<br>Redaction Request due 4/26/2022.<br>Redacted Transcript Deadline set for 5/6/2022.<br>Release of Transcript Restriction set for 7/5/2022.<br>(RAR) (Entered: 04/05/2022) |
| 04/13/2022 | 326 | FILED IN ERROR//Letter to the Court re: Preliminary Notice as to Derek Michael Chauvin. (CNS) Modified text on 4/25/2022 (MTB). (Entered: 04/13/2022) |
| 04/13/2022 | 327 | FILED IN ERROR//PRELIMINARY PRESENTENCE REPORT as to Derek Michael Chauvin (Restricted Document). (CNS) Modified text on 4/25/2022 (MTB). (Entered: 04/13/2022) |
| 04/27/2022 | 331 | |

| | | Letter to the Court re: Preliminary Notice as to Derek Michael Chauvin. (CNS) (Entered: 04/27/2022) |
|---|---|---|
| 04/27/2022 | 332 | PRELIMINARY PRESENTENCE REPORT as to Derek Michael Chauvin (Restricted Document). (CNS) (Entered: 04/27/2022) |
| 05/04/2022 | 333 | ORDER as to Derek Chauvin (1). Signed by The Hon. Paul A. Magnuson on 5/4/2022. (LLM) (Entered: 05/04/2022) |
| 05/11/2022 | 335 | SEALED OBJECTION to 332 Presentence Report/Addendum by USA as to Derek Michael Chauvin. (Bell, LeeAnn) (Entered: 05/11/2022) |
| 05/11/2022 | 336 | SEALED OBJECTION to 332 Presentence Report/Addendum by Derek Michael Chauvin. (Nelson, Eric) (Entered: 05/11/2022) |
| 05/17/2022 | 341 | MOTION Join re 338 MOTION for Reconsideration *of Defendant Thomas Lane's Motion for Judgment of Acquittal*, 337 MOTION to Amend/Correct *Motion for Judgment of Acquittal to Include a Due Process Violation* by Tou Thao. (Paule, Natalie) Modified text on 5/18/2022 (CLK). Modified text on 5/18/2022 (LEG). (Entered: 05/17/2022) |
| 05/25/2022 | 349 | Letter to the Court re: Final Notice as to Derek Michael Chauvin (Restricted Document). (CNS) (Entered: 05/25/2022) |
| 05/25/2022 | 350 | PRESENTENCE REPORT/ADDENDUM as to Derek Michael Chauvin (Restricted Document). (CNS) (Entered: 05/25/2022) |
| 06/01/2022 | 355 | TRANSCRIPT REQUEST for an Expedited 7–Day Transcript for a COPY OF 319 Transcript&#040s&#041 to Court Reporter Renee Rogge. (Ludmer, Ivan) (Entered: 06/01/2022) |
| 06/03/2022 | 360 | Joint MOTION for Extension of Time to File Position Pleadings by USA as to Derek Michael Chauvin. (Bell, LeeAnn) (Entered: 06/03/2022) |
| 06/07/2022 | 361 | Amended MOTION for Extension of Time to File Position Pleadings by USA as to Derek Michael Chauvin. (Bell, LeeAnn) (Entered: 06/07/2022) |
| 06/08/2022 | 362 | ORDER as to Derek Michael Chauvin (1): IT IS HEREBY ORDERED that: 1. The amended joint Motion 361 is GRANTED; and 2. The parties sentencing position pleadings are due on or before June 22, 2022. Signed by The Hon. Paul A. Magnuson on 6/8/2022. (LLM) (Entered: 06/08/2022) |
| 06/22/2022 | 374 | Sealed Position on Sentencing/Sentencing Memorandum by Derek Michael Chauvin. (Nelson, Eric) (Entered: 06/22/2022) |
| 06/22/2022 | 375 | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Derek Michael Chauvin (Bell, LeeAnn) (Entered: 06/22/2022) |
| 06/29/2022 | 379 | Letters, E–mails, and Other Sentencing Hearing Materials by Derek Michael Chauvin (Restricted Document). (Nelson, Eric) (Entered: 06/29/2022) |
| 07/05/2022 | 388 | **TEXT ONLY** NOTICE of Setting Sentencing as to Derek Michael Chauvin: Sentencing in this matter is set for Thursday, July 7, 2022, at 2:00 p.m., in Courtroom 7D (Saint Paul Courthouse), before The Hon. Paul A. Magnuson. (LLM) (Entered: 07/05/2022) |
| 07/07/2022 | 390 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before The Hon. Paul A. Magnuson: Sentencing in this matter was held on Thursday, July 7, 2022 for Derek Michael Chauvin (1). (Court Reporter Renee Rogge) (LLM) (Entered: 07/07/2022) |
| 07/07/2022 | 391 | SENTENCING JUDGMENT as to Derek Michael Chauvin (1), SENTENCED to Count 1, Custody of the BOP for 240 months, to run consecutively with Count 1 of the Information and concurrently with Defendant's undischarged term of imprisonment in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646; 5 years supervised release to run concurrently with Count 1 of the Information; SENTENCED to Count 1s, Custody of the BOP for 12 months, to run consecutively with Count 1 of the Indictment and concurrently with Defendant's undischarged term of imprisonment in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646. The term is further adjusted from 252 months to 245 months, to account for Defendant's confinement from May 29, 2020, until October 8, 2020, and from April 20, 2021, until June 24, 2021, in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646, where the Bureau of Prisons will not award prior custody credit for that confinement; 1 year supervised release to run concurrently with Count 1 of the Indictment; $200 total special assessment; Restitution to be determined; Remaining count dismissed. Signed by Judge Paul A. Magnuson on 7/7/2022. (ABR) (Entered: 07/08/2022) |
| 07/07/2022 | 392 | Statement of Reasons as to Derek Michael Chauvin (Restricted Document). (cc: FLU and USA Close Out Unit). (ABR) (Entered: 07/08/2022) |
| 07/08/2022 | 393 | Letter to the Court re: Revised Notice as to Derek Michael Chauvin (Restricted Document). (CNS) (Entered: 07/08/2022) |
| 07/08/2022 | 394 | REVISED PRESENTENCE REPORT/ADDENDUM as to Derek Michael Chauvin (Restricted Document). (CNS) (Entered: 07/08/2022) |
| 07/20/2022 | 399 | **ORDER granting 397 Motion to permit victim's family to appear at hearings telephonically as to Tou Thao (2), J Alexander Kueng (3), Thomas Kiernan Lane (4). Signed by Judge Paul A. Magnuson on 7/20/2022. (ALT)** (Entered: 07/20/2022) |
| 07/26/2022 | 459 | TRANSCRIPT REQUEST for a 30–Day Transcript for a COPY OF 319 Transcript(s) to Court Reporter Renee Rogge. (kt) (Entered: 07/26/2022) |
| 08/30/2022 | 508 | TRANSCRIPT REQUEST for an Expedited Daily Transcript &#040by 8am following day&#041 for a COPY OF 506 , 504 Transcript&#040s&#041 to Court Reporters Maria Weinbeck and Lynne Krenz. (Sertich, Manda) (Entered: 08/30/2022) |
| 10/03/2022 | 520 | LETTER TO DISTRICT JUDGE *(restitution)* by USA as to Derek Michael Chauvin. (Sertich, Manda) (Entered: 10/03/2022) |
| 05/09/2023 | 529 | AMENDED SENTENCING JUDGMENT as to Derek Michael Chauvin (1). SENTENCED to Count 1, Custody of the BOP for 240 months, to run consecutively with Count 1 of the Information and concurrently with Defendant's undischarged term of imprisonment in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646; 5 years supervised release to run concurrently with Count 1 of the Information; SENTENCED to Count 1s, Custody of the BOP for 12 months, to run consecutively with Count 1 of the Indictment and concurrently with Defendant's undischarged term of imprisonment in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646. The term is further adjusted from 252 |

| | | |
|---|---|---|
| | | months to 245 months, to account for Defendant's confinement from May 29, 2020, until October 8, 2020, and from April 20, 2021, until June 24, 2021, in relation to State of Minnesota v. Derek Chauvin, Docket No. 27–CR–20–12646, where the Bureau of Prisons will not award prior custody credit for that confinement; 1 year supervised release to run concurrently with Count 1 of the Indictment; $200 total special assessment; Remaining count dismissed. Signed by Judge Paul A. Magnuson on 5/9/2023. (MKB) (Entered: 05/09/2023) |
| 07/31/2023 | 530 | PRO SE NOTICE OF APPEAL by Derek Michael Chauvin re 529 Amended Sentencing Judgment. (Attachments: # 1 Envelope)(LTT) (Entered: 07/31/2023) |
| | | *Main Document* |
| | | Attachment # 1 *Envelope* |
| 07/31/2023 | 531 | REVISED INFORMATION SHEET TO U. S. COURT OF APPEALS, 8TH CIRCUIT as to Derek Michael Chauvin (LTT) (Entered: 07/31/2023) |
| 07/31/2023 | | Electronic transmission of Notice of Appeal and Docket Sheet as to Derek Michael Chauvin to US Court of Appeals re 530 Notice of Appeal – Order. Transmitted electronically the following documents: Notice of Appeal 530 , Amended Sentencing Judgment 529 , Revised Information Sheet 531 and District Court's Docket Sheet. (LTT) (Entered: 07/31/2023) |

AO 245B (Rev. 11/16)  Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **==AMENDED==** JUDGMENT |
| | § | **IN A CRIMINAL CASE** |
| | § | |
| v. | § | |
| | § | Case Number: **0:21-CR-00108 (1) (PAM/TNL)** |
| **DEREK MICHAEL CHAUVIN (1)** | § | USM Number: **47849-509** |
| | § | <u>Eric Nelson</u> |
| | § | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to Count One (1) of the Indictment; Count One (1) of the Information.

☐ pleaded nolo contendere to count(s) which was accepted by the court

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section / Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|
| 18 U.S.C. Section 242, 2 – Deprivation of Rights Under Color of Law | May 25, 2020 | One (1) of Indictment |
| 18 U.S.C. Section 242 – Deprivation of Rights Under Color of Law | September 4, 2017 | One (1) of Information |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count Three (3) of the Indictment is dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**July 7, 2022**
_____
Date of Imposition of Judgment


*[signature]*
_____
Signature of Judge

**PAUL A. MAGNUSON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**May 9, 2023**
_____
Date

AO 245B (Rev. 11/16)  Sheet 2 - Imprisonment

DEFENDANT:          DEREK MICHAEL CHAUVIN
CASE NUMBER:        0:21-CR-00108-PAM-TNL(1)

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Two Hundred Forty-Five (245) Months. This term consists of 240 months on Count 1 of the Indictment and 12 months on Count 1 of the Information, to run consecutively with each other and concurrently with Defendant's undischarged term of imprisonment in relation to State of Minnesota v. Derek Chauvin, Docket No. 27-CR-20-12646.  The term is further adjusted from 252 months to 245 months, to account for Defendant's confinement from May 29, 2020, until October 8, 2020, and from April 20, 2021, until June 24, 2021, in relation to State of Minnesota v. Derek Chauvin, Docket No. 27-CR-20-12646, where the Bureau of Prisons will not award prior custody credit for that confinement.**

☐ The court makes the following recommendations to the Bureau of Prisons:
   Recommend to a facility


☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at                              on

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before _____ on
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.


# RETURN

I have executed this judgment as follows:


      Defendant delivered on _____ to


at _____, with a certified copy of this judgment.




                                        UNITED STATES MARSHAL

                                                   By
                                        DEPUTY UNITED STATES MARSHAL

Appellate Case: 23-2756    Page: 16    Date Filed: 08/01/2023 Entry ID: 5301931  July 16 2023 pg 16

AO 245B (Rev. 11/16) Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT: | DEREK MICHAEL CHAUVIN |
| CASE NUMBER: | 0:21-CR-00108-PAM-TNL(1) |

# SUPERVISED RELEASE

Upon release from imprisonment, the Defendant shall be on supervised release for a term of **Five (5) Years on Count One (1) of the Indictment, and One (1) Year on Count One (1) of the Information to run concurrently with each other**.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

3

Appellate Case: 23-2756   Page: 17   Date Filed: 08/01/2023 Entry ID: 5301938 Jul 31 2023 pg 17

| DEFENDANT: | DEREK MICHAEL CHAUVIN |
|---|---|
| CASE NUMBER: | 0:21-CR-00108-PAM-TNL(1) |

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature  _____   Date  _____

Probation Officer's Signature  _____   Date  _____

4

AO 245B (Rev. 11/16) Sheet 3D – Supervised Release

| DEFENDANT: | DEREK MICHAEL CHAUVIN |
| CASE NUMBER: | 0:21-CR-00108-PAM-TNL(1) |

# SPECIAL CONDITIONS OF SUPERVISION

1.    The Defendant shall have no contact with the victims and the victims' families (including letters, communication devices, audio, or visual devices, visits, or any contact through a third party) without prior consent of the Probation Officer.

2.    The Defendant shall provide the Probation Officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

3.    The Defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the Probation Officer.

4.    The Defendant is prohibited from engaging in employment as a law enforcement officer, corrections officer, or security officer during the term of supervision.

AO 245B (Rev. 11/16) Sheet 5 - Criminal Monetary Penalties

| DEFENDANT: | DEREK MICHAEL CHAUVIN |
|---|---|
| CASE NUMBER: | 0:21-CR-00108-PAM-TNL(1) |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $0 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until    An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name and Address of Payee | ***Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: | $0.00 | $0.00 | 0.00% |
| **Payments are to be made to the Clerk, U.S. District Court, for disbursement to the victim.** | | | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options  may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the    ☒ fine    ☐ restitution

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

Appellate Case: 23-2756   Page: 20   Date Filed: 08/01/2023 Entry ID: 5301931   July 31, 2023 pg 20

DEFENDANT:            DEREK MICHAEL CHAUVIN
CASE NUMBER:        0:21-CR-00108-PAM-TNL(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   Lump sum payments of  $200.00 as to assessment due immediately to the Crime Victims Fund.

    ☐   not later than                                              , or

    ☐   in accordance      ☐   C,      ☐   D,      ☐   E, or      ☐   F below; or

B   ☐   Payment to begin immediately (may be combined with      ☐   C,      ☐   D, or      ☐   F below); or

C   ☒   Over the period of incarceration, the Defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR, or a minimum of 50 percent of monthly earnings if working UNICOR.

    It is recommended the Defendant participate in the Inmate Financial Responsibility Program while incarcerated.

D   ☐   Payment of not less than $100 per month are to be made over a period of Three (3) years commencing 30 days after release from confinement.

    If the Defendant is unable to pay the full amount of restitution at the time supervision ends, the Defendant may work with the U.S. Attorney's Office Financial Litigation Unit to arrange a restitution payment plan.

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☒   Special instructions regarding the payment of criminal monetary penalties:  Payments are to be made payable to the Clerk, U.S. District Court, for disbursement to the victim.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

TO:
SUBJECT: NOA
DATE: 07/22/2023 05:32:32 PM

...

RECEIVED
BY MAIL
JUL 3 1 2023

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                      Case No. 21-CR-108-PAM

DEREK MICHAEL CHAUVIN,

Defendant.

---

NOTICE OF APPEAL

---

PLEASE TAKE NOTICE: on July 21, 2023 defendant conducted a legal conference call with an appellate/post-conviction attorney, Mr. Paul D. Petruzzi, of Miami, FL, and was notified for the first time by Petruzzi that in May 2023 the government breached the binding Fed. R. Crim. P. 11(c)(1)(C) plea agreement in this case by seeking an amended judgment to include a restitution order that defendant did not agree to, nor have any prior knowledge of.

Defendant declares under the penalty of perjury, 28 U.S.C. Section 1746, he has not been served with any notice of an amended judgment from the clerk of this court, or from his former defense counsel, Mr. Eric Nelson. Since February 2023 defendant has contacted Nelson directly, and through third party family members, to obtain copies of certain documents but Nelson refuses to correspond and/or answer defendant's communications.

Instead, defendant has only been able to obtain access to case materials and pertinent documents for post-conviction relief from his former appellate counsel in the state of Minnesota, Mr. William Mohrman, thus far. Because the May 2023 amended judgment was imposed without supplying representation and/or due process to defendant - where he could be notified and object to the unilateral imposition of a restitution order not included by the plea agreement - defendant appeals.

This appeal is brought pursuant to Garza v. Idaho, 139 S. Ct. 738, 744-745 (2019), because had defendant been notified of the government's request to seek an amended judgment and/or the Court's unilateral imposition of the amended judgment - defendant would have directed Nelson to immediately file a notice of appeal upon that judgment. Due to the complete lack of notice, and the spontaneous discovery of the amended judgment from Petruzzi, this appeal should be filed instanter.

Respectfully Submitted,

x _____          Date: 07/22/2023

Mr. Derek Michael Chauvin

SCANNED
JUL 3 1 2023
U.S. DISTRICT COURT MPLS

Inmate Name: DEREK CHAUVIN

Register Number: 47849-509

Federal Correctional Institution Tucson

P.O. Box 23811

Tucson, Arizona 85734

Special Legal Mail

RECEIVED
BY MAIL
JUL 31 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA



7022 3330 0000 0914 9670

DIANA E MURPHY
UNITED STATES COURTHOUSE
300 SOUTH FOURTH ST
SUITE 202
MINNEAPOLIS, MN 55415
ATTN: KATE FOGARTY
CLERK OF COURT

55415-226352



SCANNED
JUL 31 2023
U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT
### District of Minnesota

### REVISED INFORMATION SHEET-Criminal Cases Only

1. United State of America v. Derek Michael Chauvin  CR 21-108 PAM-TNL-1

2. Defendant and Address:  Reg. No. 47849-509
   Federal Correctional Institution Tucson
   P.O. Box 23811
   Tucson, AZ 85734

3. Date of Verdict: ☒ N/A - Guilty Plea Entered

4. Appealing:  ☒ Sentence

5. Sentence:  Custody of BOP for 245 months, 5 yrs supervised release, special assmt of $200.00

6. Date sentence imposed: 05/09/2023

7. Defendant incarcerated? ☒ Yes

8. Financial Status:  Fee paid? ☒ N/A Counsel appointed/Appeal Filed Pro Se

9. Notice of Appeal was filed on 07/31/2023

10. Court Reporter: Maria Weinbeck, Lynne Krenz, Renee Rogge, Deb Beauvais, Lori Simpson.

11. Trial Counsel:
Eric J Nelson
Halberg Criminal Defense
7900 Xerxes Avenue South
Suite 1700
Bloomington, MN 55431
952-224-4848

12. Trial Counsel was:  ☒ Appointed  ☒ Appeal Filed Pro Se

Is there any reason why trial counsel should not be appointed on appeal?  ☒ No


13. Assistant U.S. Attorney: Allen A Slaughter, Jr., Evan Gilead, LeeAnn K Bell, Manda M Sertich, Samantha H. Bates, Samantha Trepel, Tara Allison.


14. List of other defendants in this case & disposition:
Tou Thao – Sentenced. Appeal Filed and Mandate entered on 01/11/2023.
J Alexander Kueng – Sentenced. Appeal Filed and Mandate entered on 01/11/2023.
Thomas Kiernan Lane – Sentenced.


15. Additional Comments:
☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.


Prepared by: LTT

2