UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 23-2756 |
| Appellee, | |
| v. | CERTIFICATE OF COMPLIANCE |
| DEREK MICHAEL CHAUVIN, | |
| Appellant, | |

_____

## CERTIFICATE OF COMPLIANCE

The Motion to Withdraw filed by the undersigned on August 10, 2023, complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(d)(2), this document contains 467 words.

    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

Dated: August 10, 2023                    Respectfully submitted,

**HALBERG CRIMINAL DEFENSE**

*/s/ Eric J. Nelson*
Eric J. Nelson
Attorney License No. 308808
7900 Xerxes Avenue South
Suite 1700
Bloomington, MN 55431
(612) 333-3673