# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2756

United States of America

Appellee

v.

Derek Michael Chauvin

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-1)

---

**ORDER**

Eric Nelson's motion to withdraw as appointed counsel is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

August 11, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans