# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

August 14, 2023

Mr. Eric J. Nelson
HALBERG CRIMINAL DEFENSE
Suite 1700
7900 Xerxes Avenue, S.
Bloomington, MN  55431

      RE: 23-2756  United States v. Derek Chauvin

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                          Michael E. Gans
                                          Clerk of Court

MTB

Enclosure(s)

cc:    Ms. Tara Allison
        Ms. Samantha H. Bates
        Ms. LeeAnn K. Bell
        Derek Michael Chauvin
        Ms.  Clerk, U.S. District Court, District of Minnesota
        Mr. Evan Gilead
        Mr. Allen A. Slaughter Jr.
        Ms. Samantha Trepel

      District Court/Agency Case Number(s):   0:21-cr-00108-PAM-1