# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/28/2023

**Case Name:** United States v. Derek Chauvin
**Case Number:** 23-2756

**Docket Text:**
PETITION for rehearing by panel filed by Appellant Derek Michael Chauvin, w/service by USCA8 08/29/2023. [5311007] [23-2756]

**The following document(s) are associated with this transaction:**
Document Description: Petition for Rehearing

**Notice will be mailed to:**

Derek Michael Chauvin
FEDERAL CORRECTIONAL INSTITUTION
47849-509
P.O. Box 23811
Tucson, AZ  85734

**Notice will be electronically mailed to:**

Ms. Tara Allison: tara.allison@usdoj.gov
Ms. Samantha H. Bates: samantha.bates@usdoj.gov, stefnie.braun@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov,quinn.siegman@usdoj.gov,tammie.cuddihy@usdoj.gov
Ms. LeeAnn K. Bell: LeeAnn.K.Bell@usdoj.gov, katie.erickson@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov,katelyn.hendricks@usdoj.gov
Mr. Evan Gilead: evan.gilead@usdoj.gov, nichol.berg@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov
Mr. Eric J. Nelson: enelson@halbergdefense.com, tanderson@halbergdefense.com
Mr. Allen A. Slaughter Jr.: allen.slaughter@usdoj.gov, tammie.cuddihy@usdoj.gov,usamn.ecfeighth@usdoj.gov,caseview.ecf@usdoj.gov
Ms. Samantha Trepel: samantha.trepel@usdoj.gov