UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-2756

United States of America

Appellee

v.

Derek Michael Chauvin

Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-1)

------

**ORDER**

The petition for rehearing by the panel is denied.

September 19, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans