**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 23-2756

United States of America

Appellee

v.

Derek Michael Chauvin

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-1)

---

**MANDATE**

In accordance with the judgment of August 14, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 28, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit